IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES MOORE                                                                PLAINTIFF

v.                       No. 5:11-cv-197-DPM

JIM WHITE, Individually and in
his Official Capacity as Chief of
Police; JOEY MOORE, Individually
and in his Official Capacity; JACK MAY,
Individually and in his Official Capacity;
and STEVE CARTER, Individually and
in his Official Capacity                                                       DEFENDANTS

## JUDGMENT

Charles Moore's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

1 Dec. 2011